UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

Electronically Filed

| | |
|---|---|
| DONALD J. LEMON | § |
| | § |
| *Plaintiff* | § |
| v. | § Cause No. 2:15-cv-00128-WOB-CJS |
| | § |
| FMK FIREARMS, INC.; | § Judge: William O. Bertelsman |
| AMERICAN TACTICAL IMPORTS, INC.; | § |
| JOHN DOES 1-5 | § |
| | § |
| *Defendants* | § |
| | § |

## AGREED ORDER OF DISMISSAL

Plaintiff, Donald J. Lemon, and the defendant, FMK Firearms, Inc., by their respective counsel, being in agreement and the Court being duly and sufficiently advised,

IT IS HEREBY ORDERED that the action of the plaintiff, Donald J. Lemon, against the defendant, FMK Firearms, Inc., be and same is hereby dismissed with prejudice, each party to bear his or its own court costs.

This _____ day of March, 2016.

_____
WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ Joseph M. Lyon (with permission)
Joseph M. Lyon
THE LYON FIRM
2021 Auburn Avenue
Cincinnati, OH 45219
(513) 381-2333
*Counsel for Plaintiff, Donald J. Lemon*


/s/ Patrick W. Gault
Patrick W. Gault
Napier Gault Schupbach & Stevens, PLC
730 West Main Street
Suite 400
Louisville, Kentucky 40202
(502) 855-3802
pgault@napiergaultlaw.com
*Counsel for Defendant FMK Firearms, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Kentucky, using the ECF system of the court. The electronic case files system sent a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept this Notice as service of this document by electronic means. Any other counsel of record will be served by facsimile transmission, e-mail, and/or first class mail.

/s/ Patrick W. Gault